# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00849-CV

**In re Richard W. Jackson and Lisa C. Jackson**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## NO. 03-17-00846-CV

**Richard W. Jackson and Lisa C. Jackson, Appellants**

**v.**

**Janice Cox and Helen Ramsey, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-17-001833, HONORABLE TODD T. WONG, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Relators' amended petition for writ of mandamus is denied, and their emergency motion to stay trial and the trial court order dissolving temporary injunction pending resolution of this mandamus petition is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

We grant Relators' emergency motion to stay trial and the trial court order dissolving temporary injunction in the underlying case, No. C-1-CV-17-001833, *Richard W. Jackson, et al. v.*

*Janice Cox, et al.*, in the County Court at Law No. 2 of Travis County, pending our decision in

Relators' interlocutory appeal, No. 03-17-00846-CV, *Richard W. Jackson and Lisa C. Jackson v.*

*Janice Cox and Helen Ramsey*.

Before Chief Justice Rose, Justices Field and Goodwin

03-17-00849-CV      Denied
03-17-00846-CV      Ordered

Filed:   January 12, 2018